AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Cobb, William G. | **2. Court or Organization**<br><br>U.S. District Court, District of Nevada | **3. Date of Report**<br><br>03/24/2013 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Magistrate Judge - full time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Thompson Federal Courthouse
400 South Virginia Street
Suite 405
Reno, NV 89501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Member | Arroyo Street Partners |
| 3. | Trustee | Trust #2 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Erickson, Thorpe & Swainston, Ltd. Profit Sharing Plan (resigned as trustee 9.2.11; continue as beneficiary of the Plan) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Kafoury Armstrong & Co. CPAs (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Member share (25%) of mortgage on building; Partnership shown at Part VII, line 4 at net book value. | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2, Brokerage Account | E | Int./Div. | K | T | | | | | |
| 2. -Morgan Stanley Smith Barney Active Asset Account | | | | | | | | | |
| 3. -Gannett Common Stock | | | | | Sold (part) | 11/05/12 | K | E | |
| 4. ⬚ Building, Reno, Nv. (rental partnership) | E | Rent | M | U | | | | | |
| 5. IRA #1 | B | Dividend | J | T | Distributed (part) | 11/6/12 | K | | |
| 6. -American Gr Fd of America F1, Y | | | | | | | | | |
| 7. -Henderson International Properties Fund A, Y | | | | | | | | | |
| 8. -MFS Value Fund A ,Y | | | | | | | | | |
| 9. -Nuveen Tradewinds Value Opportunity Fund A | | | | | Sold | 08/08/12 | J | A | |
| 10. -Royce 100 Fund Serv | | | | | Sold (part) | 10/31/12 | J | A | |
| 11. -First Eagle Overseas | | | J | T | Buy | 1/2/12 | J | | |
| 12. - First Eagle | | | | | Sold (part) | 10/31/12 | J | A | |
| 13. -Blackrock Equity Dividend A | | | J | T | Buy | 1/2/12 | J | | |
| 14. -Blackrock Equity Dividend A | | | | | Sold (part) | 10/31/12 | J | A | |
| 15. -Mainstay Large Cap Growth | | | J | T | Buy | 1/2/12 | J | | |
| 16. -Mainstay Large Cap Growth | | | | | Sold (part) | 10/31/12 | J | A | |
| 17. -JP Morgan Value Advantage | | | J | T | Buy | 08/08/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JP Morgan Value Advantage | | | | | Sold (part) | 10/31/12 | J | A | |
| 19. IRA #2 | A | Dividend | K | T | | | | | |
| 20. -Accenture PLC, common stock | | | | | | | | | |
| 21. -Coca Cola Co., common stock | | | | | | | | | |
| 22. -Microsoft Corp., common stock | | | | | | | | | |
| 23. -United Parcel Service, common stock | | | | | | | | | |
| 24. -Merck & Co Inv., common stock, Y | | | | | | | | | |
| 25. Kafoury Armstrong Profit Sharing Plan | D | Int./Div. | N | T | | | | | |
| 26. Trust # 1 | B | Int./Div. | L | T | | | | | |
| 27. -Morgan Stanley Smith Barney Active Assets Account | | | | | | | | | |
| 28. -Western Asset High Income Fund II | | | | | | | | | |
| 29. -State Bank of India CD | | | | | Redeemed | 03/23/12 | K | | |
| 30. -Bank of China CD | | | | | Redeemed | 09/24/12 | K | | |
| 31. -Bank of India CD | | | | | Buy | 04/03/12 | K | | |
| 32. - St Bank of India CD | | | | | Buy | 09/25/12 | K | | |
| 33. Trust #3 ___ Trustee) | A | Dividend | | | Distributed | 03/05/12 | J | | |
| 34. -MFS Value Fund A | | | | | Sold | 03/05/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Nuveen Tradewinds Val Opport Fund A | | | | | Sold | 03/05/12 | J | A | |
| 36. Trust #4 ( Trustee) | B | Dividend | | | Distributed | 07/26/12 | K | | |
| 37. -Cohen & Steeers Realty Shares Inc. | | | | | Sold | 07/26/12 | J | A | |
| 38. -Henderson International Opportunities A, Y | | | | | | | | | |
| 39. -Ivy Large Growth Fund A | | | | | Sold | 07/26/12 | J | B | |
| 40. -MFS Value Fund A, Y | | | | | | | | | |
| 41. -Nuveen Tradewinds Val Opport Fund A | | | | | Sold | 07/26/12 | J | A | |
| 42. -Blackrock Equity | | | | | Buy | 01/02/12 | J | | |
| 43. -Blackrock Equity | | | | | Sold | 07/26/12 | J | A | |
| 44. -First Eagle Overseas | | | | | Buy | 01/02/12 | J | | |
| 45. -First Eagle Overseas | | | | | Sold | 07/26/12 | J | A | |
| 46. -Royce 100 Fund Serv | | | | | Sold | 07/26/12 | J | A | |
| 47. Trust #5 ( Trustee) | B | Dividend | K | T | | | | | |
| 48. -Blackrock US Opportunities Svc Fund | | | | | Sold (part) | 05/15/12 | J | A | |
| 49. -Henderson International Opportunities A, Y | | | | | | | | | |
| 50. -Ivy Large Cap Growth Fund A | | | | | Sold (part) | 05/15/12 | J | B | |
| 51. -Royce 100 Fund Serv | | | | | Sold (part) | 05/15/12 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Gabelli Eq Inc Fund AAA | | | | | Sold (part) | 05/15/12 | J | A | |
| 53. -Invesco Premier PTF Instl. Fund,Y | | | | | | | | | |
| 54. -First Eagle Overseas | | | | | Buy | 01/02/12 | J | | |
| 55. - First Eagle Overseas | | | | | Sold (part) | 05/15/12 | J | A | |
| 56. Trust #6 (      Trustee) | B | Dividend | L | T | | | | | |
| 57. -Morgan Stanley Smith Barney Active Assets Account | | | | | | | | | |
| 58. -DWS RREEF Estate Sec. A | | | | | | | | | |
| 59. -Henderson International Opportunities A, Y | | | | | | | | | |
| 60. -Invesco Premier PTF Instl Fund | | | | | | | | | |
| 61. -Ivy Large Cap Growth Fund A | | | | | | | | | |
| 62. -MFS Value Fund A, Y | | | | | | | | | |
| 63. -Nuveen Tradewinds Val Opport A | | | | | Sold | 10/10/12 | J | | |
| 64. -Royce 100 Fund Serv | | | | | | | | | |
| 65. -Blackrock Equity Dividend A | | | | | Buy | 1/2/12 | J | | |
| 66. -First Eagle Overseas A | | | | | Buy | 1/2/12 | J | | |
| 67. -JP Morgan Value Advantage | | | | | Buy | 10/10/12 | J | | |
| 68. John Hancock Protection Universal Life Insurance Policy | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Erickson Thorpe & Swainston Profit Sharing Plan | D | Int./Div. | P1 | T | | | | | |
| 70. IRA #3 ▮▮▮▮▮ Morgan Stanley Smith Barney AAA Money Market | B | Int./Div. | | | Distributed | 04/27/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Erickson, Thorpe, Swainston Ltd. Profit Sharing Plan,- These assets are managed by the trustees of the profit sharing plan. Judge Cobb is no longer a trustee (as of September 2, 2011) and has no control over investment desciisions. As a result of Judge Cobb no longer being a trustee of the plan and having no control over investment desciisions, the individual assets of this plan have not been reported individually.

Kafour Armstrong Profit Sharing Plan [          ] These assets are managed by the trustees of the [          ] profit sharing plan. [          ] is not a trustee and has no control over investment descision

Trust # 3- The assets from this Trust were completely distributed to the beneficiary. The Trust is now closed with no assets as of December 31,2012.

Trust #4- The assets from this Trust were completely distributed to the beneficiary . The Trust is now closed with no assets as of December 31, 2012.

IRA #3- This account was completely distributed to [          ] on April 27, 2012. The account is closed with no assets as of December 31, 2012

| Name of Person Reporting | Date of Report |
|---|---|
| Cobb, William G. | 03/24/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William G. Cobb**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544